

HOLLAND & KNIGHT LLP
Ashley Shively (Bar No. 264912)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail: *ashley.shively@hklaw.com*

*Attorneys for Defendant
Varo Money, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MEDLIN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> VARO MONEY, INC., <br><br> Defendant. | Case No.: 3:24-CV-02932 <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** <br><br> **Local Rule 6-1(a)** <br><br> Original Deadline: June 6, 2024 <br> New Deadline: July 10, 2024 |

Pursuant to Local Rule 6.1(a), Plaintiff James Medlin ("Plaintiff") and Defendant Varo Money, Inc. ("Varo") hereby respectfully submit this stipulation confirming the extension of time for Varo to answer, move or otherwise respond to Plaintiff's Complaint, and, in support thereof, state as follows:

WHEREAS, Varo's original deadline to respond to Plaintiff's Complaint was June 6, 2024.

WHEREAS, Varo has recently engaged counsel and required additional time to thoroughly investigate the allegations of the Complaint and consider its response to the same.

WHEREAS, on June 6, 2024, the parties conferred and agreed that Varo shall have an extension of time to answer, move or otherwise respond to the Complaint, up to and including July 10, 2024.

WHEREAS, this change will not alter the date of any event or deadline already fixed by the Court.

THEREFORE, the parties stipulate and agree that Varo shall have up to and including July 10, 2024 to answer, move or otherwise respond to Plaintiff's Complaint. This stipulation is without waiver of any jurisdictional challenge or defenses that Varo may raise in its response or at another appropriate time.

**IT IS SO STIPULATED.**

Dated:

COLE & VAN NOTE

By: /s/ Scott E. Cole
Scott E. Cole
Laura Grace Van Note
Elizabeth R. Klos

*Counsel for Plaintiff*
James Medlin

Dated:

HOLLAND & KNIGHT LLP

By: /s/ Ashley L. Shively
Ashley L. Shively

*Counsel for Defendant*
Varo Money, Inc.

**Local Rule 5-1(i)(3) Attestation**

I, Ashley L. Shively, attest that each of the other Signatories have concurred in the filing of this document.

By: /s/ Ashley L. Shively
Ashley L. Shively