```
Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
COLE & VAN NOTE
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:  sec@colevannote.com
Email:  lvn@colevannote.com

Attorneys for Representative Plaintiff
and the Plaintiff Class
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MEDLIN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br>VARO MONEY, INC.,<br>　　　　　　　Defendant. | Case No. 3:24-cv-02932-AGT<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff James Medlin hereby voluntarily dismisses this action without prejudice.

Dated: July 12, 2024　　　　　　　　**COLE & VAN NOTE**

　　　　　　　　　　　　　　　　　　By: */s/ Scott Edward Cole*
　　　　　　　　　　　　　　　　　　　　Scott Edward Cole, Esq. (S.B. #160744)

　　　　　　　　　　　　　　　　　　　　Attorney for Representative Plaintiff
　　　　　　　　　　　　　　　　　　　　and the Plaintiff Class

## CERTIFICATE OF SERVICE

I hereby certify that, on July 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

/s/ *Scott Edward Cole*
Scott Edward Cole, Esq.